IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Federal Insurance Company and<br>Great Northern Insurance Company. | )<br>)<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | Court No. 09 cv 7372 |
| Wagener Equities, Inc., Owen Wagener<br>& Co., Owen Wagener, Daniel Wagener<br>Timothy Wagener and Dennis Mumm | )<br>)<br>)<br>) | Judge Rebecca R. Pallmeyer |
| Defendants. | ) | |

**WAGENER EQUITIES, INC.'S, OWEN WAGENER'S, DANIEL WAGENER'S AND DENNIS MUMM'S RESPONSES TO PLAINTIFFS' REQUESTS FOR ADMISSION**

Defendants, Wagener Equities, Inc. ("WEI"), Owen Wagener, Daniel Wagener, and Dennis Mumm (collectively referred to as the "WEI Defendants"), by and through their attorneys R. Connor & Associates, P.C. responds to Plaintiffs' Requests for Admission as follows:

1. Admit that one or more of the Wagener Defendants is a beneficial owner of the property located at 1840 Industrial Drive, Libertyville, Illinois.

RESPONSE: Denied.

2. Admit that LaSalle National Bank Trust No. 012408 held title to 1840 Industrial Drive, Libertyville, Illinois from February 7, 2002, through February 7, 2004.

RESPONSE: Admitted.

3. Admit that LaSalle National Bank as Trustee under Trust No. 012408 was a named insured under policy issued to Wagener Equities, Inc., by Federal for the policy period February 7, 2002, through February 7, 2003.

Federal Insurance Company, et al. v. Wagener Equities, Inc. et al. (07 cv 7372)
WEI Defendants' Responses to Request to Admit
Page 1 of 3

RESPONSE: The WEI Defendants deny that the policy issued by Federal to WEI for the policy period February 7, 2002 – February 7, 2003 states that LaSalle National Bank as Trustee under Trust No. 012408 is a named insured under the policy. The WEI Defendants further deny that they are in possession of any certification or documentation issued by Federal that states that LaSalle National Bank as Trustee under Trust No. 012408 is a named insured under the policy issued to WEI for the policy period February 7, 2002 – February 7, 2003.

4. Admit that LaSalle National Bank as Trustee under Trust No. 012408 was a named insured under policy issued to Wagener Equities, Inc., by Great Northern for the policy period February 7, 2003, through February 7, 2004.

RESPONSE: The WEI Defendants deny that the policy issued by Federal to WEI for the policy period February 7, 2003 – February 7, 2004 issued on February 26, 2003 states that LaSalle National Bank as Trustee under Trust No. 012408 is a named insured under the policy. Answering further, the WEI Defendants admit that Federal issued an endorsement dated October 21, 2003 that included LaSalle National Bank as Trustee under Trust No. 012408 as a named insured.

5. Admit that Wagener Equities, Inc., acted as Agent for the Beneficiaries of LaSalle National Bank as Trustee under Trust No. 012408.

RESPONSE: The WEI Defendants admit that WEI serves as the property manager for the property located at 1840 Industrial Drive, Libertyville, Illinois 60048. Answering further, any agency relationship between WEI and LaSalle National Bank as Trustee under Trust No. 012408 is limited to WEI's obligations and duties as the property manager for the property located at 1840 Industrial Drive, Libertyville, Illinois 60048.

By: /s/ Robert C. Heist
One of the attorneys for Wagener Equities, Inc., Owen Wagener, Daniel Wagener and Dennis Mumm

Robert Connor Heist (#6203070)
Anne-Marie Foster (#6282887)
R. CONNOR & ASSOCIATES, P.C.
10 S. Riverside Plaza, Suite 1830
Chicago, IL 60606
312/780-1976 Telephone
312/780-1980 Facsimile

Federal Insurance Company, et al. v. Wagener Equities, Inc. et al. (07 cv 7372)
WEI Defendants' Responses to Request to Admit
Page 2 of 3

**CERTIFICATE OF SERVICE**

    I, Robert C. Heist, certify that I served a true and correct copy of the above-referenced document(s) were upon all parties of record electronically on those registered to receive service by electronic filing, on December 9, 2010, and on the remaining parties by depositing them in the U.S. Mail at 10 S. Riverside Plaza, Chicago, Illinois 60606, at or before 5:00 p.m. on December 9, 2010 with proper prepaid postage.

Dated:  December 9, 2010                        By:    /s/ Robert C. Heist

Federal Insurance Company, et al. v. Wagener Equities, Inc. et al. (07 cv 7372)
WEI Defendants' Responses to Request to Admit
Page 3 of 3