# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 7372 | **DATE** | 12/9/2010 |
| **CASE TITLE** | Federal Insurance Company, et al vs. Wagener Equities, Inc., et al | | |

**DOCKET ENTRY TEXT**

Ruling held. Plaintiffs' motion for summary judgment [30] is granted. The underlying complaint alleges harm from the alleged emission of pollutants into the environment. Although the lack of progress in the underlying state court litigation creates doubt as to the merits of those claims, the court is satisfied that the pollution exclusion applies here.

Notices mailed by Judicial staff.
*Mail AO 450 form.

00:14

| | Courtroom Deputy Initials: | ETV |
|---|---|---|