# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| Federal Insurance Company, et al | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 09 C 7372 |
| Wagener Equities, Inc., et al | |

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs' motion for summary judgment is granted.

Michael W. Dobbins, Clerk of Court

Date: 12/9/2010            _____
                           /s/ Ena T. Ventura, Deputy Clerk